Geoffrey M. Adalian
Attorney at Law
State Bar #216398
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtors




UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA


In re:                              Case No. 13-15341-A

Forest Lee Johnson, III
                                    Chapter 13
Deneice Renee Johnson

        Debtors.

_____
                                    DC No.    GMA-2
Forest Lee Johnson, III
Deneice Renee Johnson

        Movants
                                    Department A
                                    Courtroom 11
vs.                                 2500 Tulare Street,
                                    Fresno, CA
Chase,
                                    Date: September 12, 2013
        Respondent.                 Time: 9:00 am
_____

MOTION FOR VALUATION OF COLLATERAL
AND FIXING OF SECURED CLAIM

        Come now Debtors, Forest Lee Johnson, III and Deneice

Renee Johnson, and allege as follows:

        1.  This motion is filed under 11 U.S.C. 506 to obtain an

- 1 -

order fixing the value of collateral held by creditor.

2. Debtors are the owners of real property located at 1799 W. Rio Hondo Court, Hanford, CA more particularly known as follows:

> Lot 44 of Ashton Park Unit No.1, County Tract No. 776, in the city of Hanford, County of Kings State of California, according to the map thereof recorded in Volume 19, Page 57 of Licensed Surveyor Plats, Kings County Records.

The property is subject to a lien held by Chase.

3. Debtors have filed a Chapter 13 Plan in which the creditor is to receive the amount of its secured claim.

4. The replacement value of the real property for purposes of 11 U.S.C. 506 and 11 U.S.C. 1322(b) is $225,000.00.

5. The real property is subject to liens and encumbrances which are prior in right to the claim of the Respondent herein and which exceed the value of the real property.

6. The secured claim of the Respondent, Chase, is $-0-.

7. Any objections to the creditor's claim are reserved.

WHEREFORE, Debtors pray the Court enter its order determining the value of the collateral and fixing the creditor's secured claim at $-0-.

Dated: August 6, 2013

                              /s/  Geoffrey M. Adalian
                              Geoffrey M. Adalian
                              Attorney for Debtors

-2-