Geoffrey M. Adalian
Attorney at Law
State Bar #216398
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-15341-A |
| Forest Lee Johnson, III | Chapter 13 |
| Deneice Renee Johnson | |
| Debtors. | |
| _____ | DC No.    GMA-2 |
| Forest Lee Johnson, III | |
| Deneice Renee Johnson | |
| Movants | Department A |
| | Courtroom 11 |
| vs. | 2500 Tulare Street, |
| | Fresno, CA |
| Chase, | |
| | Date: September 12, 2013 |
| Respondent. | Time: 9:00 am |
| _____ | |

NOTICE OF MOTION FOR VALUATION OF COLLATERAL
AND FIXING OF SECURED CLAIM

You will please take notice that on September 12, 2013,

- 1 -

at 9:00 am in Courtroom 11 Department A, located at 2500 Tulare Street, Fresno, California, Debtors, Forest Lee Johnson, III and Deneice Renee Johnson, will move the Court for an order determining the value of collateral held by Chase and the amount of its secured claim. This collateral is the Debtors' primary residence.

    Said motion will be based upon this Notice, a Motion For Valuation of Collateral And Fixing of Secured Claim, a Declaration in support thereof, and Exhibits on file with the Clerk of the Court.

    If you wish to oppose this motion you must file a written opposition and serve it upon

Geoffrey M. Adalian
Attorney at Law
5501 W. Hillsdale Drive, Suite C
Visalia, CA 93291

not later than 14 days prior to the date set for hearing. Failure to file a timely written opposition may result in the matter being resolved without oral argument and the striking of an untimely written opposition.

Dated: August 6, 2013

                                     /s/  Geoffrey M. Adalian
                                            Geoffrey M. Adalian
                                            Attorney for Debtors