Geoffrey M. Adalian
Attorney at Law
State Bar #216398
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                          Case No. 13-15341-A

Forest Lee Johnson, III
                                                Chapter 13
Deneice Renee Johnson

        Debtors.
_____
                                                DC No.     GMA-2
Forest Lee Johnson, III
Deneice Renee Johnson

        Movants
                                                Department A
                                                Courtroom 11
vs.                                             2500 Tulare Street,
                                                Fresno, CA
Chase,
                                                Date: September 12, 2013
        Respondent.                             Time: 9:00 am
_____

DECLARATION IN SUPPORT OF
MOTION FOR VALUATION OF COLLATERAL
AND FIXING OF SECURED CLAIM

    I, Deneice Renee Johnson, declare as follows:

    1. I am one of the Debtors in the within bankruptcy

- 1 -

1 proceeding.

2. Chase holds a claim against me.  That claim is secured by a lien upon my real property primary residence located at 1799 W. Rio Hondo Court, Hanford, CA more particularly known as follows:

Lot 44 of Ashton Park Unit No.1, County Tract No. 776, in the city of Hanford, County of Kings State of California, according to the map thereof recorded in Volume 19, Page 57 of Licensed Surveyor Plats, Kings County Records.

Business is in the home.  The replacement value of said property is 225,000.00.  In determining the value of the property I have relied upon my familiarity with values in my neighborhood and on the appraisal report filed herewith as an exhibit.

3. The following table shows the names of all other holders of liens and encumbrances upon said real property as of the date of the filing of this Chapter 13 case whose claims are prior in right to the claims of the Respondent herein and the amount of their claims.  The trust deed held by Respondent, Chase, is junior in right to each and every one of these claims.

| Lienholder | Type of Lien | Amount |
|---|---|---|
| America Servicing Company | Trust Deed | 312,973.00 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2013, at Visalia, California.

                              _/s/ Deneice Renee Johnson__
                                Deneice Renee Johnson