```
Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-15341-A |
| Forest Lee Johnson, III | |
| Deneice Renee Johnson | Chapter 13 |
| Debtors. | |
| | DC No.    GMA-2 |
| Forest Lee Johnson, III | |
| Deneice Renee Johnson | |
| Movants | |
| | Department A |
| | Courtroom 11 |
| vs. | 2500 Tulare Street, |
| | Fresno, CA |
| Chase, | |
| | Date: September 12, 2013 |
| Respondent. | Time: 9:00 am |

PROOF OF SERVICE

I declare that:

I am employed in the County of Tulare, California.

I am over the age of eighteen years and not a party to the

-4-

1  within cause; my business address is 5501 West Hillsdale
2  Drive, Suite C, Visalia, California 93291.
3
4  On the date stated below, I served the within
5  NOTICE OF MOTION FOR VALUATION OF COLLATERAL AND FIXING OF SECURED CLAIM
6
7  MOTION FOR VALUATION OF COLLATERAL AND FIXING OF SECURED CLAIM
8  DECLARATION IN SUPPORT OF MOTION FOR VALUATION OF COLLATERAL AND FIXING OF SECURED CLAIM
9
10 by placing a true copy thereof enclosed in a sealed envelope
11 with postage fully prepaid, certified, in the United States
12 Mail at Visalia, California, addressed as follows:
13
14 FDIC Web-Site:
   JP Morgan Chase NA
   CEO Jamie Dimon
15
   1111 Polaris Parkway
16 Columbus, Ohio 43240
17
18 by placing a true copy thereof enclosed in a sealed envelope
19 with postage fully prepaid, in the United States Mail
20 at Visalia, California, addressed as follows:
21
22 Michael H. Meyer
   Chapter 13 Trustee
23 P.O. Box 28950
24 Fresno, CA 93729-8950
25
26
27
28 ///

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 14, 2013, at Visalia, California.

/s/  Maria Sosa
Maria Sosa

Log In   Register Now   Help

HOME PAGE | TODAY'S PAPER | VIDEO | MOST POPULAR | TIMES TOPICS

The New York Times
Tuesday, August 6, 2013

Search All NYTimes.com [   ] Go

# Times Topics

WORLD  U.S.  N.Y./REGION  BUSINESS  TECHNOLOGY  SCIENCE  HEALTH  SPORTS  OPINION  ARTS  STYLE  TRAVEL  JOBS  REAL ESTATE  AUTOS

Report an Error
✉ E-MAIL

## Jamie Dimon

*Kash Bedford/Reuters*

News about Jamie Dimon, including commentary and archival articles published in The New York Times.

### Highlights From the Archives

**Jamie Dimon: America's Least-Hated Banker**
By ROGER LOWENSTEIN
During the financial crisis, the C.E.O. of JPMorgan Chase outshone his rivals. But where exactly does that leave him now?
December 5, 2010 | MAGAZINE | NEWS

**After Crisis, Show of Power From JPMorgan**
By ERIC DASH
For all Jamie Dimon's gloomy talk, the future for JPMorgan Chase is looking bright after the credit crisis.
July 15, 2010 | BUSINESS | NEWS

**In Washington, One Bank Chief Still Holds Sway**
By JACKIE CALMES and LOUISE STORY
With the financial crisis, Jamie Dimon, the head of JPMorgan Chase, has become more politically engaged and in the process, the most credible voice of a discredited industry.
July 19, 2009 | BUSINESS | NEWS

### ARTICLES ABOUT JAMIE DIMON

Newest First | Oldest First
Page: 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Next >>

**JPMorgan Looks to Pay to Settle U.S. Inquiries**
By JESSICA SILVER-GREENBERG and BEN PROTESS
JPMorgan Chase's payouts started Tuesday when the bank struck a $410 million settlement with a regulator over allegations that its traders manipulated electricity markets.
July 30, 2013, Tuesday
MORE ON JAMES DIMON AND: DIMON, JAMES, MASTERS, BLYTHE, MICHIGAN, CALIFORNIA, JPMORGAN CHASE & COMPANY, OFFICE OF THE COMPTROLLER OF THE CURRENCY, FEDERAL ENERGY REGULATORY COMMISSION, SECURITIES AND COMMODITIES VIOLATIONS, REGULATION AND DEREGULATION OF INDUSTRY, SUITS AND LITIGATION (CIVIL), ELECTRIC LIGHT AND POWER

**JPMorgan Executive May Escape Penalty**
By JESSICA SILVER-GREENBERG
While the Federal Energy Regulatory Commission and JPMorgan are negotiating a settlement, Blythe

### Jamie Dimon Navigator
A list of resources from around the Web about James Dimon as selected by researchers and editors of The New York Times.

Biography
JPMorgan Chase

In This Corner! The Contender
Fortune April 3, 2006

Dimon in the Rough
Vanity Fair, Nov. 2011

Encyclopedia of Business: Jamie Dimon, a Child of the Industry

### 2009 Pay and Performance

PAY | WEALTH

**Total compensation  $1,265,708**
#189 out of 200 chief executives at notable companies surveyed by The New York Times

| | |
|---|---:|
| Base salary | $1,000,000 |
| Cash bonus | $0 |
| Perks/other | $265,708 |
| Stock awards | $0 |
| Option awards | $0 |

See more details »

Source: Equilar Inc.

### Multimedia

**Pictures From the Week in Business**
Timothy D. Cook testified on Apple's taxes, Jamie Dimon held onto his dual roles at JPMorgan Chase, and an immigration bill advanced in the Senate.

**Timeline: The London Whale's Wake**
JPMorgan incurred a huge trading loss in a complicated trading strategy that involved derivatives, financial instruments that derive their value from the prices of securities and other assets. The bank most likely structured the trade in a way that magnified losses.

**JPMorgan Report on Trading Loss**
The bank dissected the multibillion-dollar trading loss at the chief investment office, outlining a

Log in to see what your friends are sharing on nytimes.com. Privacy Policy | What's This?    Log In With Facebook

**WHAT'S POPULAR NOW**

Republicans Against Reality

Colleges Help Ithaca Thrive in a Region of Struggles

### MOST POPULAR

E-MAILED  .  SEARCHED

1. Colleges Help Ithaca Thrive in a Region of Struggles
2. Opinion: The Trauma of Being Alive
3. Op-Ed Columnist: The A-Rod Problem
4. The 6th Floor: George Saunders's Advice to Graduates
5. Well: To Ensure Bone Health, Start Early
6. Chicago Sees Pension Crisis Drawing Near
7. Op-Ed Columnist: Republicans Against Reality
8. Seeing Narcissists Everywhere
9. Well: How Sleep Loss Adds to Weight Gain
10. Op-Ed Contributor: Lawyers of Sound Mind?

Go to Complete List »

### RSS FEEDS ON JAMIE DIMON
Subscribe to an RSS feed on this topic. What is RSS?

Jamie Dimon

### GET ALERTS ON JAMIE DIMON
Receive My Alerts e-mails on topics covered on this page.

DIMON, JAMES

More Alerts »

Each depositor insured to at least $250,000 per insured bank

BankFind Home    Return to BankFind Results    Questions & Suggestions

# JPMorgan Chase Bank, National Association

(FDIC #: 628)

Status: Active • Insured Since January 1, 1934
JPMorgan Chase Bank, National Association is an active bank
Data as of: July 31, 2013

**Overview**    Locations    History    Identifications

- Jpmorgan Chase & Co.
  Bank Holding Company
- JPMorgan Chase Bank, National Association
  Banking Institution
- 5695 Locations
  Branches (Offices)

**JPMorgan Chase Bank, National Association** has 5695 domestic locations in 26 states, 0 locations in territories, and 197 foreign locations

| | |
|---|---|
| **Established:** | January 1, 1824 |
| **FDIC Certificate #:** | 628 |
| **Insured:** | January 1, 1934 |
| **Bank Charter Class:** | National Bank |
| **Headquarters:** | 1111 Polaris Parkway<br>Columbus, OH 43240<br>Delaware County |
| **Regulated By:** | Office of the Comptroller of the Currency |
| **Consumer Assistance:** | http://www.helpwithmybank.gov |
| **Corporate Website:** | http://www.jpmorganchase.com |

Latest financial information about JPMorgan Chase Bank, National Association

Contact the FDIC about JPMorgan Chase Bank, National Association