```
Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Suite C
Visalia, CA. 93291
(559) 733-8990

Attorney for Debtors
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 13-15341-A |
| Forest Lee Johnson, III | Chapter 13 |
| Deneice Renee Johnson | |
| Debtors. | |
| _____ | DC No.    GMA-2 |
| Forest Lee Johnson, III | |
| Deneice Renee Johnson | |
| Movants | |
| | Department A |
| | Courtroom 11 |
| vs. | 2500 Tulare Street, |
| | Fresno, CA |
| Chase, | |
| | Date: September 12, 2013 |
| Respondent. | Time: 9:00 am |
| _____ | |

ORDER VALUING COLLATERAL AND FIXING SECURED CLAIM

- 1 -

RECEIVED
September 12, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004956540

The Motion of Forest Lee Johnson, III and Deneice Renee Johnson for an order valuing collateral held by, and fixing amount of secured claim of, Respondent, Chase, came on regularly for hearing in the above entitled Court.

Upon the Motion of Forest Lee Johnson, III and Deneice Renee Johnson and good cause appearing therefor;

IT IS HEREBY ORDERED ADJUDGED AND DECREED, that the motion to value the collateral of Chase is granted. The replacement value of the collateral described as follows:

1799 W. Rio Hondo Court, Hanford, CA more particularly known as follows:
> Lot 44 of Ashton Park Unit No.1, County Tract No. 776, in the city of Hanford, County of Kings State of California, according to the map thereof recorded in Volume 19, Page 57 of Licensed Surveyor Plats, Kings County Records.

is determined to be less than the sum of senior liens. The secured claim of the Respondent is determined to be wholly unsecured. Any otherwise timely and valid claim filed by Respondent shall be allowed as a general unsecured claim and may be provided for as a general unsecured claim in the Chapter 13 plan.

Dated: Sep 13, 2013

_____
Fredrick E. Clement
United States Bankruptcy Judge